FILED

2017 FEB 23 PM 3

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

Marc J Griffith
Michelle P Griffith
6020 N. Heatherton Drive
Somis, California 93066
Tel:

In Pro Per

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

CV17-01504-JFW(ASx)

MARC J GRIFFITH
MICHELLE P GRIFFITH

Case No.

Plaintiffs

V.

LAW OFFICES OF SAM CHANDRA, APC
BSI FINANCIAL SERVICES
ENTRA DEFAULT SOLUTIONS, LLC
AND DOES 1-10

Defendants.

**COMPLAINT FOR
PUBLIC LAW 93-579
DEC 31, 1974
VIOLATIONS**

## **COMPLAINT**

The plaintiffs brings this action for injunctive, declaratory and monetary relief pursuant to the Privacy Act 1974, 5 U.S.C. § 552a et seq.,

### **Jurisdiction**

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. §§ 552a(g)(1), 552(a)(4)(B), and 28 U.S.C. § 1331.

### **Venue**

2. Venue is appropriate in the District under 5 U.S.C. §§552a(g)(1), 552(a)(4)(B), and 28 U.S.C. §1391.

### **Parties**

3. Plaintiffs Marc and Michelle Griffith are one of the people of United States and the State of California, and reside in Somis, California.

1

4.  Defendants Law Office of Sam Chandra, BSI Financial Services and Entra Default Solutions, is an agency within the meaning of 5 U.S.C. § 552a(a)(1), and is in possession and/or control of records pertaining to Marc and Michelle Griffith.

### Facts

5.  On or round November 2014, Defendants committed the theft and unauthorized use of Plaintiffs SSN in an elaborate, scheme of purchasing unreliable, inaccurate data, for pennies of the dollar and then bringing suit in the name of the suspended corporations and/or original creditor, in Superior Courts throughout the state of California for monetary gain and unjust enrichment.

6. On or around November 15, 2016, Defendants committed the theft of Plaintiffs identities by utilizing their SSN, without their consent, defendants disseminated plaintiff SSN, personal information in public offices throughout the state of California.

7. Defendants have violated numerous federal laws and statutes, by unlawfully, and without authorization, usage of plaintiffs SSN, personal records without their consent.

8. There is no record or evidence that Defendants or its legal counsel had a valid contract with Plaintiffs.  Defendants appeared to have violated Title 5 U.S.C. § 552(a), which places restrictions on the misuse of personal data.

## FIRST CAUSE OF ACTION (PRIVACY ACT) "NO DISCLOSURE WITHOUT CONSENT" ACCESS TO RECORDS

9. Plaintiff repeats and realleges the allegations contained in paragraphs 1-8 above, inclusive.

10. On or around November 2014 Defendants gained access to Plaintiffs personal information without written request of the individuals, [Marc and Michelle Griffith].  See (Exh"A")

11. Plaintiffs rights were violated under the "No Disclosure Without Consent" Rule.

## SECOND CAUSE OF ACTION (PRIVACY ACT) "NO DISCLOSURE WITHOUT CONSENT" IMPROPER DISSEMINATION

12. Plaintiffs repeats and realleges the allegations contained in paragraphs 1 through 8 above, inclusive.

13. The Defendant through the actions of its employees, disseminated information protected by the Privacy Act concerning Marc and Michelle Griffith to the following person/agency. This information included, but not limited to Marc and Michelle Griffith personal record, inaccurate and defamatory information surrounding payment history, credit, accounts held etc.

14. In violation of section (b) of the Privacy Act, Defendants failed to secure written authorization from Plaintiffs prior to providing the specific information detailed above. Nor was disclosure permitted by a routine exception.

**THIRD CAUSE OF ACTION (PRIVACY ACT) "NO DISCLOSURE WITHOUT CONSENT" IMPROPER DISSEMINATION**

15. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 8 above, inclusive.

16. Prior to the disseminating information and records concerning Plaintiffs, Defendants failed to make reasonable efforts to ensure that the information and records were accurate, complete, timely and relevant for agency purposes in violation of 5 U.S.C. 552a(e)(6). Defendants compiled information concerning their alleged failure to repay unpaid debts. The information and records that were disseminated to unauthorized individuals were irrelevant, false, malicious and defamatory, incomplete, inaccurate, untrustworthy and untimely.

17. Defendants, its employees and officers, including the "president"/"ceo" knew or should have known that their actions were improper, unlawful and/or in violation of the Privacy Act.

18. Defendants its employees and officers, including president/ceo acted intentionally or willfully in violation of Marc and Michelle Griffith privacy rights.

19. As a result of Defendants violations of the Privacy Act, Marc and Michelle Griffiths have suffered adverse and harmful effects, including, but not limited to mental distress, emotional trauma, embarrassment, humiliation, wage(s) loss, and lost or jeopardized present or future financial opportunities.

WHEREFORE, plaintiffs Marc and Michelle Griffith request that the Court award them the following relief

1) Declare that Defendants, violated the Privacy Act;

2) Award Marc and Michelle Griffith any actual damages under 5 U.S.C. 552a(g)(4)(A), the exact amount which is to be determined at trial but is not less than $1000.00;

3) Invoke its equitable powers to expunge all records, judgments or information maintained by Defendants that is inaccurate and/or derogatory to Marc and Michelle Griffith;

4) Award plaintiffs reasonable costs and attorney's fee as provided in 5 U.S.C. 552a(g)(3)(B) and/ or (4)(B), 552 (a)(4)(E) and/or 28 U.S.C. 2412(d);

5) Refer those defendants officers/president responsible for violating the Privacy Act for prosecution under 5 USC 552a(i)(1);

6) expedite this action in every way pursuant to 28 USC 1657 (a); and

3

7) grant such relief as the Court may deem just and proper.

Date: 2-20-17

Respectfully submitted,

Marc J Griffith, Plaintiff
Michelle P Griffith, Plaintiff
6020 N. Heatherton
Somis, California 93066

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

| Form **3949-A** (July 2013) | Department of the Treasury - Internal Revenue Service **Information Referral** *(See instructions on reverse)* | OMB Number 1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)**

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
LOS ANGELES, CA 90012

JAN 0 5 2017

RECEIVED
52302

| 1a. Name of individual | b. Social Security Number/TIN | c. Date of birth |
|---|---|---|
| d. Street address | e. City | f. State CA | g. ZIP code |
| h. Occupation FINANCIAL SERVICES | i. Email address | | |

j. Marital status *(check one, if known)*
☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated   k. Name of spouse

| 2a. Name of business BSI FINANCIAL SERVICES INC | b. Employer Tax ID number (EIN) | c. Telephone number |
|---|---|---|
| d. Street address 314 S. FRANKLIN STREET/P.O BOX 517F | e. City TITUSVILLE | f. State PA | g. ZIP code 16354 |
| h. Email address | i. Website | | |

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☒ False Exemption  ☒ Unsubstantiated Income  ☒ Unreported Income  ☒ Failure to Withhold Tax
☒ False Deductions  ☒ Earned Income Credit  ☐ Narcotics Income  ☒ Failure to File Return
☒ Multiple Filings  ☐ Public/Political Corruption  ☒ Kickback  ☒ Failure to Pay Tax
☐ Organized Crime  ☒ False/Altered Documents  ☐ Wagering/Gambling  ☒ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000).*

TY 2010 $ 907,200   TY 2011 $ 907,200   TY 2012 $ 907,200   TY 2013 $ 907,200   TY 2014 $ 907,200   TY 2015 $ 907,200

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

There was no loan or exchange of assets or liabilities in the amount of $907,200.00 Between MARC J. GRIFFITH and BSI FINANCIAL SERVICES LLC. There is no

documented book keeping entries showing Assets or liabilities to claim any tax deduction claimed by BSI FINANCIAL SERVICES LLC. There is no documented book keeping

journal entries showing any loan in the amount of $907,200.00 offset by Asset of $907,200.00 . According to GAAP, is an intentional misstatement or omission called an

irregularity. BSI FINANCIAL SERVICES LLC dose not have 100% beneficial interest and no valuable consideration in the accounting affairs of MARC J. GRIFFITH. Therefore

I am requesting the IRS to cancel their 100% tax exemption that pertains to all parties named in the Deed Upon Trustee Sale. See Exhibit A#.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*  ☒ Yes  ☐ No
b. Do you consider the taxpayer dangerous?  ☒ Yes  ☐ No
c. Banks, Financial Institutions used by the taxpayer

| Name ENTRA DEFAULT SOLUTIONS, INC. | | | Name | | |
|---|---|---|---|---|---|
| Street address 1355 WILLOW WAY, SUITE 115 | | | Street address | | |
| City CONCORD, | State CA | ZIP code 94520 | City | State CA | ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name MARC J. GRIFFITH | b. Telephone number | c. Best time to call ASAP |
|---|---|---|
| d. Street address 6020 HEATHER DR. | e. City SOMIS, | f. State CA | g. ZIP code 93066 |

Please print and send your completed form to: Internal Revenue Service
Stop C2003
Fresno, CA 93888

Catalog Number 47872E                     www.irs.gov                     Form **3949-A** (Rev. 7-2013)

| Form **211** (March 2014) | Department of the Treasury - Internal Revenue Service **Application for Award for Original Information** | OMB Number 1545-0409 |
|---|---|---|
| | | Date Claim received |
| | | Claim number *(completed by IRS)* |

**1. Name of taxpayer (include aliases) and any related taxpayers who committed the violation**
BSI, FINANCIAL SERVICES INC

**2. Last 4 digits of Taxpayer Identification Number(s) *(e.g., SSN, ITIN, or EIN)***

**3. Taxpayer's address, including ZIP code**
314 S. FRANKLIN STREET/P.O BOX 517F
TITUSVILLE, PA 16354

**4. Taxpayer's date of birth or approximate age**

**5. Name and title and contact information of IRS employee to whom violation was first reported, if known**

**6. Date violation reported (in number 5), if applicable**
01/04/2017

**7. Did you submit this information to other Federal or State Agencies**
[x] Yes  [ ] No

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
LOS ANGELES, CA 90012

**8. If yes in number 7, list the Agency Name and date submitted**
Treasury Inspector General for Tax Administration, TIGTA

JAN 05 2017

**9. Is this** [x] New submission or [ ] Supplemental submission
If a supplemental submission, list previously assigned claim number(s)

RECEIVED

**10. Alleged Violation of Tax Law *(check all that apply)***

| | | | |
|---|---|---|---|
| [x] Income Tax | [ ] Employment Tax | [x] Estate & Gift Tax | [ ] Tax Exempt Bonds |
| [ ] Employee Plans | [ ] Governmental Entities | [x] Exempt Organizations | [ ] Excise |
| [ ] Other (identify) | IDENTITY THEFT CREATING FALSE STATEMENTS | | |

**11. Describe the Alleged Violation. State all pertinent facts to the alleged violation. (Attach a detailed explanation and include all supporting information in your possession and describe the availability and location of any additional supporting information not in your possession.) Explain why you believe the act described constitutes a violation of the tax laws**
Creating a phony asset and using my personal identification for monetary gain. These commercial instruments are hass forged signatures and false accounting records and false statements.

**12. Describe how you learned about and/or obtained the information that supports this claim. (Attach sheet if needed)**
I learned about their status from the California Secretary of State and the California Department of Business Oversight and the Department of Real Estate

**13. What date did you acquire this information**   Tax year of 2015 - 2016

**14. What is your relationship (current and former) to the alleged noncompliant taxpayer(s)? Check all that apply. (Attach sheet if needed)**

| | | | |
|---|---|---|---|
| [ ] Current Employee | [ ] Former Employee | [ ] Attorney | [ ] CPA |
| [ ] Relative/Family Member | [ ] Other (describe) | None | |

**15. Do you still maintain a relationship with the taxpayer**  [ ] Yes  [x] No

**16. If yes to number 15, describe your relationship with the taxpayer**

**17. Are you involved with any governmental or legal proceeding involving the taxpayer**  [ ] Yes  [x] No

**18. If yes to number 17, Explain in detail. (Attach sheet if needed)**

**19. Describe the amount of tax owed by the taxpayer(s). Provide a summary of the information you have that supports your claim as to the amount owed (i.e. books, ledgers, records, receipts, tax returns, etc). (Attach sheet if needed)**

**20. Fill in Tax Year (TY) and Dollar Amount ($), if known**

| TY | $ | TY | $ | TY | $ | TY | $ | TY | $ |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 907,200 | 2011 | 907,200 | 2012 | 907,200 | 2013 | 907,200 | 2016 | 907,200 |

**21. Name of individual claimant**
MARC J. GRIFFITH

**22. Claimant's date of birth *(MMDDYYYY)***

**23. Last 4 digits of Claimant's SSN or ITIN**

**24. Address of claimant, including ZIP code**

**25. Telephone number *(including area code)***

**26. Email address**

**27. Declaration under Penalty of Perjury** I declare that I have examined this application, all accompanying statement and supporting documentation, and, to the best of my knowledge and belief, they are true, correct, and complete

| Signature of Claimant | Date |
|---|---|

Catalog Number 16571S     www.irs.gov     Form **211** (Rev. 3-2014)



LOAN #: 188295078

# FIXED/ADJUSTABLE RATE RIDER

(LIBOR One-Year Index (As Published In *The Wall Street Journal*) - Rate Caps)

THIS FIXED/ADJUSTABLE RATE RIDER is made this THIRTY-FIRST     day of JANUARY, 2008     , and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") of the same date given by the undersigned ("Borrower") to secure Borrower's Fixed/Adjustable Rate Note (the "Note") to COUNTRYWIDE BANK, FSB

("Lender") of the same date and covering the property described in the Security Instrument and located at:

6020 NORTH HEATHERTON DR
SOMIS, CA 93066-9716
[Property Address]

**THE NOTE PROVIDES FOR A CHANGE IN BORROWER'S FIXED INTEREST RATE TO AN ADJUSTABLE INTEREST RATE. THE NOTE LIMITS THE AMOUNT BORROWER'S ADJUSTABLE INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE BORROWER MUST PAY.**

**ADDITIONAL COVENANTS.** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

**A.   ADJUSTABLE RATE AND MONTHLY PAYMENT CHANGES**
The Note provides for an initial fixed interest rate of     5.625 %. The Note also provides for a change in the initial fixed rate to an adjustable interest rate, as follows:

**4.   ADJUSTABLE INTEREST RATE AND MONTHLY PAYMENT CHANGES**
**(A) Change Dates**
The initial fixed interest rate I will pay will change to an adjustable interest rate on the first day of MARCH, 2013     , and the adjustable interest rate I will pay may change on that day every 12th month thereafter. The date on which my initial fixed interest rate changes to an adjustable interest rate, and each date on which my adjustable interest rate could change, is called a "Change Date."

• FIXED/ARM Rider
Interest First/Only LIBOR One-Year Index
1E460-US (10/05)(d)                    Page 1 of 5



* 2 3 9 9 1 *



* 1 8 8 2 9 5 0 7 8 0 0 0 0 0 1 E 4 6 0 *

LOAN #: 188295078

**(B) The Index**

Beginning with the first Change Date, my adjustable interest rate will be based on an Index. The "Index" is the average of interbank offered rates for one-year U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the date 45 days before each Change Date is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding TWO & ONE-QUART percentage points (   2.250 %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment. For payment adjustments occurring before the First Principal and Interest Payment Due Date, the amount of my monthly payment will be sufficient to repay all accrued interest each month on the unpaid principal at the new interest rate. If I make a voluntary payment of principal before the First Principal and Interest Payment Due Date, my payment amount for subsequent payments will be reduced to the amount necessary to repay all accrued interest on the reduced principal balance at the current interest rate. For payment adjustments occurring on or after the First Principal and Interest Payment Due Date, the amount of my monthly payment will be sufficient to repay unpaid principal and interest that I am expected to owe in full on the Maturity Date at the current interest rate in substantially equal payments.

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than   10.625 % or less than   2.250 %. Thereafter, my adjustable interest rate will never be increased or decreased on any single Change Date by more than two percentage points from the rate of interest I have been paying for the preceding 12 months. My interest rate will never be greater than   10.625 %.

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

**(F) Notice of Changes**

Before the effective date of any change in my interest rate and/or monthly payment, the Note Holder will deliver or mail to me a notice of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**B. TRANSFER OF THE PROPERTY OR A BENEFICIAL INTEREST IN BORROWER**

1. Until my initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section A above, Uniform Covenant 18 of the Security Instrument shall read as follows:

● FIXED/ARM Rider
Interest First/Only LIBOR One-Year Index
1E460-US (10/05)                              Page 2 of 5

LOAN #: 188295078

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

2.  When my initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section A above, Uniform Covenant 18 of the Security Instrument described in Section B.1 above shall then cease to be in effect, and the provisions of Uniform Covenant 18 of the Security Instrument shall be amended to read as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

● FIXED/ARM Rider
Interest First/Only LIBOR One-Year Index
1E460-US (10/05)                    Page 3 of 5

LOAN #: 188295078

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender also may require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

● FIXED/ARM Rider
Interest First/Only LIBOR One-Year Index
1E460-US (10/05)                    Page 4 of 5

LOAN #: 188295078

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Fixed/Adjustable Rate Rider.

_____ (Seal)
                                            -Borrower
MARC J. GRIFFITH

_____ (Seal)
                                            -Borrower
MICHELLE P GRIFFITH

_____ (Seal)
                                            -Borrower

_____ (Seal)
                                            -Borrower

● FIXED/ARM Rider
Interest First/Only LIBOR One-Year Index
1E460-US (10/05)                 Page 5 of 5

01/25/2010 12:54 FAX                                                      ☑ 021

Page No. 7
File No. 1420M435-140

**Exhibit A**
**LEGAL DESCRIPTION**

All that certain Property in the County of Ventura, State of California described as follows:

Lot 29 of Tract No. 2185, in the County of Ventura, State of California, as per map recorded in Book 57, Pages 59 to 71, inclusive of Maps, in the office of the County Recorder of said Ventura County.

APN No: 110-0-280-070  110-0-280-070

This is a true certified copy of the
original public record if it bears the
seal, imprinted in purple ink, of the
County Clerk and Recorder.

MARK A. LUNN        MAR 1 6 2015
County Clerk and Recorder
Ventura County, California




**BSI Financial Services, Inc.**

314 S Franklin St 2nd floor / PO Box 517
Titusville PA 16354
866-581-4498
814-217-1366 Fax
https://www.bsifinancial.com

January 7, 2014

*Exhibits*

MARC J GRIFFITH
6020 HEATHERTON DR
SOMIS, CA  93066

### Notice of Assignment, Sale or Transfer of Servicing Rights

New Account Number: 522295078
Current Principal Balance: $ 907,200.00
Current Escrow Balance: $ -37,104.33
Next Due Date: 11/1/2010
Total Payment: $ 5,256.88

Old Account Number: 188295078
Property Address:
6020 NORTH HEATHERTON DR
SOMIS, CA  93066

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being transferred from Bank of America, N.A. to BSI Financial Services, Inc. ("BSI") effective December 21, 2013.

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of the transfer, or at closing.  Your new servicer must also send you this notice no later than 15 days after this effective date, or at closing.

Your present servicer is Bank of America, N.A.  If you have any questions relating to the transfer of servicing from your present servicer, please call their customer service department at 1-800-669-6607, Monday – Friday 7a.m. to 7p.m. Local Time. This is a toll-free number.

Your new servicer will be BSI.  The business addresses for BSI are:

**Send payments to:**

**BSI Financial Services, Inc.**
PO Box 660605
Dallas, TX  75266

**Send correspondence to:**

**BSI Financial Services, Inc.**
314 S Franklin St, 2nd Floor
Titusville, PA  16354

The toll-free telephone number of your new servicer, BSI, is 1-866-581-4498.  If you have any questions relating to the transfer of servicing to your new servicer, BSI, please call Customer Care at 1-866-581-4498, Monday – Friday between 8:00 a.m. and 5:00 p.m. ET.

* This is an attempt to collect a debt.  Any information obtained will be used for that purpose.
* Notice: BSI Financial Services, Inc. is a licensed mortgage servicer and debt collector.
Licensed as Servis One, Inc. in the state of Florida    Licensed as Servis One, Inc., dba BSI Financial Services in the state of Colorado.  Colorado Office: 13111 East Briarwood Avenue, Suite 340, Centennial, CO 80112 (303)309-3839    Licensed as Servis One, Inc., dba BSI Financial Services in Alaska, Arizona, Arkansas, California, Colorado, Connecticut, District of Columbia, Georgia, Hawaii, Idaho, Indiana, Iowa, Kansas, Louisiana, Maine, Massachusetts, Minnesota, Montana, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, South Dakota, Tennessee, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming.    Licensed as Servis One, Inc., dba BSI Financial Services, Inc. in Delaware, Illinois, Kentucky, Maryland, Michigan, Missouri, Mississippi, Nebraska, Nevada, Pennsylvania, Rhode Island, South Carolina and Texas.  North Carolina Collection Agency Permit #105608

'RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:
**Entra Default Solutions, LLC**
**1355 Willow Way, Suite 115**
**Concord, California 94520**

20151026-00158380-0 1/3
Ventura County Clerk and Recorder
MARK A. LUNN
10/26/2015 12:44:31 PM
997332 $30.00 CO

APN: 110-0-280-070
TS No.: 2014-02503     Loan No.: 522295078

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**[PURSUANT TO CIVIL CODE 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO ABOVE IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.]**

## IMPORTANT NOTICE
## IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,

and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property.  No sale date may be set until 90 days  from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is **$258,413.36** as of **10/23/2015**, and will increase until your account becomes current.  While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage.  If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing.  In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay.  You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made.  However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**CAM XI TRUST**
**C/O BSI Financial Services**
**314 S. Franklin Street**
**2nd Floor**
**Titusville, PA 16354**
**Phone: 800-327-7861**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

## Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN:  That **ENTRA DEFAULT SOLUTIONS, LLC** is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated  1/31/2008, executed by **Marc J Griffith and Michelle P Griffith, husband and wife as joint tenants,** as Trustor, to secure certain obligations in favor of **"MERS" as Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Bank, FSB,** as beneficiary, recorded 2/7/2008, as Instrument No. 20080207-00016709-0, in Book , Page ,  of Official Records in the Office of the Recorder of  Ventura County, California describing land therein as: As more fully described on said Deed of Trust.

Including one **NOTE(S) FOR THE ORIGINAL** sum of **$910,000.00** , that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in,  the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:
    **Installment of Principal and Interest plus impounds and/or advances which became due on 11/1/2010 plus late charges, and all subsequent installments of principal, interest, balloon payments, plus impounds and/or advances and late charges that become payable.**

    That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

**The California Declaration of Compliance required under Civil Code section 2923.5 (b) or, if applicable, 2923.55 (c), is attached hereto and incorporated herein by reference.**

Dated: 10/23/2015

ENTRA DEFAULT SOLUTIONS, LLC

BY:

Katie Milnes, Vice President

## Declaration of Mortgage Servicer Pursuant to

## Civil Code § 2923.55 (c)

Borrower(s): ~~MARC J GRIFFITH~~

Mortgage Servicer: BSI Financial Services

Property Address:  6020 NORTH HEATHERTON DR, SOMIS, CA 93066

T.S. No:  2014-02503

The undersigned, as an authorized agent or employee of the mortgage servicer named below declares that:

1.  ☑The mortgage servicer has contacted the borrower pursuant to California Civil Code § 2329.55 (b) (2) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure."  Thirty (30) days, or more, have passed since the initial contact was made.

2.  ☐Despite the exercise of due diligence pursuant to California Civil Code §2923.55(f), the mortgage servicer has been unable to contact the borrower "to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure".  Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3.  ☐No contact was required by the mortgage servicer because the individual(s) did not meet the definition of "borrower" pursuant to subdivision (c) of Section §2920.5.

4.  ☐The requirements of Cal. Civil Code  §2923.55 do not apply because the loan is not secured by a first mortgage or first deed of trust that secures a loan, or that encumbers real property, described in Civil Code § 2924.15(a).

I certify that this declaration is accurate, complete and supported by competent and reliable evidence, which the mortgage servicer has reviewed to substantiate that borrower's default and the right to foreclose, including the borrower's loan status and loan information

4|30|15
_____
Date

**BSI Financial Services**
Mortgage Servicer

By: _____

This is a true certified copy of the
original public record if it bears the
seal, imprinted in purple ink, of the
County Clerk and Recorder.

MARK A. LUNN          APR 2 6 2016
County Clerk and Recorder
Ventura County, California

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] ) | **DEFENDANTS** ( Check box if you are representing yourself [ ] ) |
|---|---|
| MARC J GRIFFITH<br>MICHELLE P GRIFFITH | LAW OFFICES OF SAM CHANDRA, APC<br>BSI FINANCIAL SERVICES<br>ENTRA DEFAULT SOLUTIONS, LLC |

| **(b) County of Residence of First Listed Plaintiff**   VENTURA | **County of Residence of First Listed Defendant**   LOS ANGELES |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| **(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. | **Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |
|---|---|
| 6020 N Heatherton Drive<br>Somis, California 93066 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No   **MONEY DEMANDED IN COMPLAINT:** $ actual damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

5 USC 552a et seq Privacy Act 1974

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS** | | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **TORTS** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 450 Commerce/ICC Rates/Etc. | | [ ] 310 Airplane | **PERSONAL PROPERTY** | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 460 Deportation | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 370 Other Fraud | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 371 Truth in Lending | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 480 Consumer Credit | | [ ] 330 Fed. Employers' Liability | [ ] 380 Other Personal Property Damage | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 490 Cable/Sat TV | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | [ ] 385 Property Damage Product Liability | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 850 Securities/Commodities/Exchange | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | **BANKRUPTCY** | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [X] 890 Other Statutory Actions | [ ] 190 Other Contract | [ ] 350 Motor Vehicle | [ ] 422 Appeal 28 USC 158 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 891 Agricultural Acts | [ ] 195 Contract Product Liability | [ ] 355 Motor Vehicle Product Liability | [ ] 423 Withdrawal 28 USC 157 | [ ] 690 Other | |
| [ ] 893 Environmental Matters | [ ] 196 Franchise | [ ] 360 Other Personal Injury | **CIVIL RIGHTS** | **LABOR** | |
| [ ] 895 Freedom of Info. Act | **REAL PROPERTY** | [ ] 362 Personal Injury-Med Malpratice | [ ] 440 Other Civil Rights | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | [ ] 210 Land Condemnation | [ ] 365 Personal Injury-Product Liability | [ ] 441 Voting | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 220 Foreclosure | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 442 Employment | [ ] 740 Railway Labor Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 443 Housing/Accommodations | [ ] 751 Family and Medical Leave Act | |
| | | | [ ] 445 American with Disabilities-Employment | [ ] 790 Other Labor Litigation | |
| | | | [ ] 446 American with Disabilities-Other | [ ] 791 Employee Ret. Inc. Security Act | |
| | | | [ ] 448 Education | | |

CV17-01504

| **FOR OFFICE USE ONLY:** | Case Number: | |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:**  Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes   ☒ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes   ☒ No | *check one of the boxes to the right* ➡ | ☐ NO.  Continue to Question B.2. |
| If "no," skip to Question C.  If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
|  | *check one of the boxes to the right* ➡ | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes   ☒ No | *check one of the boxes to the right* ➡ | ☐ NO.  Continue to Question C.2. |
| If "no," skip to Question D.  If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
|  | *check one of the boxes to the right* ➡ | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | **A.** Orange County | **B.** Riverside or San Bernardino County | **C.** Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| **D.1.  Is there at least one answer in Column A?** | **D.2.  Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes   ☒ No | ☐ Yes   ☒ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E,  below, and continue from there. | Enter "Eastern" in response to Question E,  below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. |
|  | Enter "Western" in response to Question E, below.  ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☒ Yes   ☐ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**?                       ☒ NO        ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☒ NO        ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐   A. Arise from the same or a closely related transaction, happening, or event;

☐   B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐   A. Arise from the same or a closely related transaction, happening, or event;

☐   B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of
      labor if heard by different judges.

---

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**   MARC J GRIFFITH                    DATE: 2-20-17

---

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |